

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

MUSTAFA OZSUSAMLAR,

                  Defendant.
-----------------------------------------------------------x

ORDER
02 CR 763 (KMW)

KIMBA M. WOOD, District Judge:

Defendant complains, in a letter to the Court dated May 9, 2022, that the Bureau of Prisons is failing to give him credit for time served in the case 02 CR 763, and that his lawyer told him that his sentences in the case before the undersigned and the case before Judge Leisure (05 CR 1077) would run concurrently.

If the Bureau of Prisons has not done so, the Bureau of Prisons is directed to give the defendant credit for time served in the case 02 CR 763, as the Court ordered at sentencing.

The public record reflects that the sentence in Judge Leisure's case was imposed to run <u>consecutively</u> to the sentence imposed in the case 02 CR 763.

The Court has no power to alter the sentences.

SO ORDERED.

Dated: New York, New York
        May 31, 2022

                                                            KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE