UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/22
```

-against-

MUSTAFA OZSUSAMLAR,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
02 CR 763 (KMW)

KIMBA M. WOOD, District Judge:

The Court has received Mr. Mustafa Ozsusamlar's May 24, 2022, request asking how much more time he must serve in prison. The same issue was raised by Mr. Ozsusamlar's brother on May 9, 2022, and the Court responded on May 31, 2022, with a copy to Mr. Mustafa Ozsumsalar.

The Court's response remains the same. A copy of that Court response is attached.

SO ORDERED.

Dated: New York, New York
       June 6, 2022

                              _____
                                     KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE